No. 75. MARGARET H. SANGER *v.* PEOPLE OF THE STATE OF NEW YORK. Error to the Court of Special Sessions of the City of New York for County of Kings, State of New York. Argued November 13, 1919. Decided November 17, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *California Powder Works* v. *Davis*, 151 U. S. 389, 393; *Sayward* v.

*Denny*, 158 U. S. 180, 183; *Harding* v. *Illinois*, 196 U. S. 78, 86. (2) *Thomas* v. *Iowa*, 209 U. S. 258, 263; *Bowe* v. *Scott*, 233 U. S. 658, 664; and see *El Paso Sash & Door Co.* v. *Carraway*, 245 U. S. 643. *Mr. Jonah J. Goldstein* for plaintiff in error. *Mr. Harry G. Anderson*, with whom *Mr. Harry E. Lewis* was on the brief, for defendant in error.